PETER ALDOUS, ESQ
NV BAR NO. 11346
GEORGE HAINES, ESQ.
NV BAR NO. 9411
HAINES AND KRIEGER, LLC
8985 S. EASTERN AVE.
LAS VEGAS, NV 89123
PHONE: (702) 880-5554
FAX: (702) 385-5518
info@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ARDELLA M. MARTIN,<br><br>Debtors.<br><br>ARDELLA M. MARTIN,<br><br>Plaintiff.<br><br>vs.<br><br>NATIONSTAR MORTGAGE, L.L.C.,<br><br>Defendant. | ADV. PROC. NO. 17-01185-ABL<br><br>RELATED BANKRUPTCY<br>CASE NO. 11-20151-ABL<br><br>**STIPULATION DISMISSING FIRST AMENDED COMPLAINT AGAINST NATIONSTAR MORTGAGE, LLC WITH PREJUDICE** |

    This Stipulation Dismissing Complaint Against Nationstar Mortgage, LLC ("Nationstar") With Prejudice is entered into between Debtor/Plaintiff Ardella M. Martin ("Debtor," and together with Nationstar, the "Parties"), by and through her counsel, Peter M. Aldous, Esq., of the law firm of Haines & Krieger, LLC, and Nationstar, by and through its counsel, Michael W. Chen, Esq. of the law firm of McCarthy & Holthus, LLP.

1

WHEREAS, the Parties executed a settlement agreement that resolves all issues between the Parties in this proceeding; and

WHEREAS, the terms of the settlement are confidential;

**NOW, THEREFORE**, the Parties agree as follows:

The Complaint is hereby dismissed against Nationstar WITH PREJUDICE.

DATED this 9th day of February, 2018.      DATED this 9th day of February, 2018.

MCCARTHY & HOLTHUS, LLP      HAINES & KRIEGER, LLC

*/s/Michael W. Chen, Esq.*      */s/Peter M. Aldous, Esq.*
MICHAEL W. CHEN, ESQ.      PETER M. ALDOUS, ESQ.
Nevada Bar No. 9727      Nevada Bar No. 11346
9510 W. Sahara Ave, Suite 200      8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89117      Las Vegas, NV 89123
*Counsel for Nationstar Mortgage, LLC*      *Counsel for Debtor/Plaintiff*
      *Ardella M. Martin*